IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRANDON PACK AND JENNIFER DAVIS, Individually and on Behalf of Others Similarly Situated,<br><br>        Plaintiffs,<br><br><br><br><br>                vs.<br><br><br>INVESTOOLS, INC., a corporation,<br><br>        Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SURREPLY BRIEF<br><br><br><br><br><br>Case No. 2:09-CV-1042 TS |

On January 4, 2010, this Court granted Plaintiff's Motion for Leave to File Surreply Brief. Defendant now moves for leave to file a response to Plaintiff's Surreply Brief.

Generally, parties "should be given an opportunity to respond to new material raised for the first time" in a reply memorandum or surreply brief.[1] "'Material,' for purposes of this framework includes both new evidence and new legal arguments."[2] However, if the Court "does

---

[1]*Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005).

[2]*Id.*

1

not rely on the new material in reaching its decision" it may deny the opposing party's motion for leave to file a response to the new material.[3]

Defendant argues for leave to file a response because Plaintiffs' brief attached new declaration testimony, mischaracterized authority, and "contained other new arguments."[4] However, other than Defendant's single sentence laying out these claims, Defendant offers no explanation as to what material is new and why a response is needed. The proposed Response merely attacks a prior plaintiff's credibility, re-cites case law, and restates arguments made in Defendant's Memorandum in Support and Reply Memorandum. These arguments do not justify granting leave to file a response. It is hereby

ORDERED that Defendant's Motion for Leave to File Response to Plaintiffs' Surreply Brief (Docket No. 80) is DENIED.

DATED   January 6, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3]*Id.*

[4]Docket No. 80, at 2.